UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ARMSTRONG                                                                    PLAINTIFF

V.                                  NO. 3:16CV00213-JTR

CAROLYN W. COLVIN,                                                            DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff, John Armstrong, seeks judicial review of the administrative denial of his claims for disability insurance benefits and supplemental security income. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 12*. The Motion states that Armstrong's counsel was contacted and has no objection to the requested remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 12*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g)

and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    IT IS SO ORDERED this 19th day of January, 2017.

                                                   /s/ J. Thomas Ray
                                                   UNITED STATES MAGISTRATE JUDGE