**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JOHN ARMSTRONG                                                                         PLAINTIFF

V.                                          NO. 3:16CV00213-JTR

CAROLYN W. COLVIN,                                                                DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, John Armstrong, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE